# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

UNITED STATES OF AMERICA,          Case No. 3:10-cr-167-2

     v.                               Judge Timothy S. Black

TYERRELLE ROBINSON.

## ORDER GRANTING MOTION FOR DESTRUCTION OF EVIDENCE (Doc. 71)

This criminal case is before the Court on the Government's motion for destruction of evidence. (Doc. 71).

The property in issue was seized as evidences as part of an investigation and prosecution of Mr. Robinson for drug trafficking and firearms violations. The case has been completed and the firearms and ammunition are no longer needed as evidence. Mr. Robinson's appeal was denied on April 4, 2012. The firearms and ammunition cannot be returned to the Defendant because he is a convicted felon.

Accordingly, the Court grants the motion (Doc. 71) to destroy the following evidence:[1]

1. Taurus, .44 caliber revolver, Serial No. R1691803;
2. Glock, .40 caliber pistol, Serial No. KKM801;
3. Smith & Wesson, 9mm pistol, Serial No. EKW3311;
4. Bushmaster, .223 rifle, Serial No. BFI402466;
5. PWA, .223 caliber rifle, Serial No. 45926;
6. PWA, .223 caliber rifle, Serial No. 27333;
7. Remington, 12 gauge shotgun, Serial No. PC652780;

---

[1] The government sent notice of this motion to all counsel of record and via ordinary mail to Mr. Robinson at FCI Terre Haute, where he is incarcerated. Defendant did not respond or object in any manner.

8.  Intratec, .22 caliber pistol, Serial No. 084858;
9.  Franchi, 12 gauge shotgun, Serial No. AA12194;
10. Keltec, .223 pistol, Serial No. P2873;
11. Norinco, 7.62 caliber rifle, Serial No. 1612232G5;
12. High Point, .40 caliber pistol, Serial No. X760249;
13. 95 rounds of assorted ammunition;
14. 50 rounds assorted .40 caliber ammunition.

**IT IS SO ORDERED**

Date: _10/2/12_

_Timothy S. Black_
Timothy S. Black
United States District Judge